Division, Third Department. November 13, 1912.) Action by John H. McGinnis against the Boston & Albany Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

McGRAW, Respondent, v. ONONDAGA POTTERY CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 20, 1912.) Action by Lawrence McGraw against the Onondaga Pottery Company.
PER CURIAM. Judgment and order affirmed, with costs.
McLENNAN, P. J., dissents.

MacKAY, Respondent, v. NILAND, Appellant. (Supreme Court, Appellate Division, Second Department. November 22, 1912.) Action by John W. MacKay against Martin Niland. No opinion. Judgment affirmed, with costs.

MacLAUGHLIN, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1912.) Action by Louise MacLaughlin against the Brooklyn Heights Railroad Company. No opinion. Judgment and order of the County Court of Kings County unanimously affirmed, with costs.

McLEAN, Respondent, v. WURTZ et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. November 27, 1912.) Action by Katherine G. McLean, as administratrix, etc., against George P. Wurtz and another. No opinion. Judgment and order affirmed with costs.

McLOUGHLIN, Respondent, v. McLOUGHLIN, Appellant. (Supreme Court, Appellate Division, First Department. December 13, 1912.) Action by William J. McLoughlin against Edna McLoughlin. J. MacGregor, of New York City, for appellant. No opinion. Order reversed, with $10 costs and disbursements, and motion granted, allowing to defendant alimony at the rate of $5 per week and a counsel fee of $50. Settle order on notice.

McMAIL, Respondent, v. INTERSTATE LIGHTERAGE & TRANSP. CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 13, 1912.) Action by James McMail against the Interstate Lighterage & Transportation Company. No opinion. Judgment and order unanimously affirmed, with costs.

McNAMARA, Appellant, v. NORTHERN CENT. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. November 13, 1912.) Action by Nora A. McNamara, as administratrix, etc., against the Northern Central Railroad Company. No opinion. Judgment and order affirmed, with costs.

MADDEN, Respondent, v. PITTSBURG CONTRACTING CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 13, 1912.) Action by Joseph Madden against the Pittsburg Contracting Company. No opinion. Motion denied, without costs. See, also, 137 N. Y. Supp. 1128.

MAHER v. MANDL. (Supreme Court, Appellate Division, First Department. December 27, 1912.) Action by James J. Maher against Nicol Mandl. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

MALTZ et al., Respondents, v. WESTCHESTER COUNTY BREWING CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 22, 1912.) Action by Adolph Maltz and another against the Westchester County Brewing Company. No opinion. Motion for reargument (of 137 N. Y. Supp. 1128) denied, with $10 costs.

MANERI v. JOLINE et al. (Supreme Court, Appellate Division, First Department. December 13, 1912.) Action by Tony Maneri and Adrian H. Joline and another. No opinion. Motion granted, with $10 costs. Order filed. See, also, 146 App. Div. 936, 131 N. Y. Supp. 1127.

MANN, Appellant, v. BENTLEY et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. December 6, 1912.) Action by Guillaume A. Mann against Ezra C. Bentley and others. No opinion. Judgment and order affirmed, with costs.

MANNING v. SEELIG. (Supreme Court, Appellate Division, First Department. November 29, 1912.) Action by John F. Manning against Emil Seelig. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant comply with terms stated in order. Order filed.

MANNY et al., Respondents, v. STENGER, Appellant. (Supreme Court, Appellate Division, Third Department. November 13, 1912.) Action by Matilda Manny and others, as administratrix and administrators of Anthony Manny, deceased, against Charles B. Stenger. No opinion. Judgment and order unanimously affirmed, with costs.

MARCEAU, Respondent, v. RUTLAND R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. November 13,